**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| **MARIROSE BRASE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.: 4:15-cv-00065** |
| | ) | |
| **DRUCKER & FALK, LLC** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DRUCKER & FALK, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

Counsel for Plaintiff Marirose Brase has been authorized by counsel for Defendants Drucker & Falk, LLC and Drucker & Falk, Inc. to make the following report. The parties have reached a settlement in this matter, and anticipate filing an agreed order dismissing this matter with prejudice once the settlement documents and related matters are executed.

Respectfully submitted,

/s/

Erika L. Winter
VSB No. 43311
Counsel for Plaintiff
Erika L. Winter, Attorney at Law, P.L.C.
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
Telephone: (757) 229-5100
Facsimile: (757) 345-3856
ewinter.law@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2016, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing to:

David J. Sullivan, Esquire
VSB No. 45027
Counsel for Defendants
ReevesColey, PLLC
505 Independence Parkway, Suite 103
Chesapeake, Virginia 23320
Telephone: (757) 410-8066
Facsimile: (757) 410-8258
David.sullivan@reevescoley.com

/s/

Erika L. Winter
VSB No. 43311
Counsel for Plaintiff
Erika L. Winter, Attorney at Law, P.L.C.
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
Telephone: (757) 229-5100
Facsimile: (757) 345-3856
ewinter.law@verizon.net