**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| **MARIROSE BRASE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.: 4:15-cv-00065** |
| | ) | |
| **DRUCKER & FALK, LLC** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DRUCKER & FALK, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

This case has been resolved by the parties. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to this action hereby stipulate and agree to the dismissal of this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**WE SO STIPULATE:**

MARIROSE BRASE

By: ______________________

Erika L. Winter
VSB No. 43311
Counsel for Plaintiff
Erika L. Winter, Attorney at Law, P.L.C.
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
Telephone: (757) 229-5100
Facsimile: (757) 345-3856
ewinter.law@verizon.net

DRUCKER & FALK, LLC and
DRUCKER & FALK, INC.

By: ______________________________

David J. Sullivan, Esquire
VSB No. 45027
Counsel for Defendants
ReevesColey, PLLC
505 Independence Parkway, Suite 103
Chesapeake, Virginia 23320
Telephone: (757) 410-8066
Facsimile: (757) 410-8258
David.sullivan@reevescoley.com

The clerk is directed to electronically file and serve on plaintiff and defendants this stipulation and order.

Dated: July 20, 2016

Approved and Entered by: ______________________________
Judge